| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (*Tran. Court*)<br>0205 3:06CR00018(AVC)<br><br>DOCKET NUMBER (*Rec. Court*)<br>16-30035 |
|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Luis Rosado<br>57 Commonwealth Avenue, Springfield, MA | CONNECTICUT | Hartford | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Alfred V. Covello, Senior U.S.District Judge | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>04/12/2013 | TO<br>04/11/2023 |

OFFENSE
Ct. 1: Conspiracy to Distribute 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 846
Ct. 19: Unlawful Transport of Firearms, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Connecticut

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/29/16
*Date*

Alfred V. Covello
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 -ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/29/16
*Date*

*United States District Judge*

Print Form Save As